No. 01-5499.  SARTORI v. LEE, WARDEN, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 01-5500.  MARSHALL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01-5503.  MARTINEZ-CARILLO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01-5504.  KEY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01-5506.  LARSEN v. HONSTED, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01-5507.  DODD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01-5508.  ELLIOTT v. WILLIAMS, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01-5509.  DEY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01-5511.  RICHARDSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01-5512.  BROWN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01-5513.  BANDA-ANGUIANO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01-5515.  NDONG-NTOUTOUM v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01-5516.  MILLER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 01-5517.  POTTS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01-5520.  NOWLAND v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01-5521.  NEWMAN v. GEARINGER, WARDEN.  C. A. 11th Cir.  Certiorari denied.